Sidney B. MORICE,
Petitioner/Respondent,

v.

Robert N. MORICE,
Respondent/Appellant.

No. 63963.

Missouri Court of Appeals,
Eastern District,
Division One.

March 1, 1994.

John M. McIlroy and David Hamilton Ash, McIlroy & Millan, Bowling Green, for respondent/appellant.

William E. Albrecht, Private Atty., St. Louis, for petitioner/respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

*ORDER*

PER CURIAM.

Father appeals the trial court's modification of the support payments portion of a dissolution decree. We affirm. The judgment of the trial court is supported by substantial evidence and is not against the weight of the evidence; no error of law appears. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).

Ronald KLINE, Claimant/Appellant,

v.

NATIONAL SUPER MARKETS,
INC., Employer/Respondent.

No. 64700.

Missouri Court of Appeals,
Eastern District,
Division Two.

March 1, 1994.

Susan Kreher Roach, Chesterfield, for claimant/appellant.

Katherine L. Butler, St. Louis, for employer/respondent.

Before CRANE, P.J., and KAROHL and CRAHAN, JJ.

*ORDER*

PER CURIAM.

Claimant appeals from the final award of the Labor and Industrial Relations Commission affirming the award of the Administrative Law Judge denying compensation. We affirm. The findings and conclusions of the Commission are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).